UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

ISSAC NEWMAN                                    CIVIL ACTION

versus                                          NO. 11-2354

ISAAC BROWN                                     SECTION: "F" (1)

## ORDER

The Court, having considered the petition, the record, the applicable law and the Report and Recommendation of the United States Magistrate Judge, and the failure of petitioner to file any objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its own opinion. Accordingly,

IT IS ORDERED that the federal petition of Issac Newman for *habeas corpus* relief is DISMISSED WITHOUT PREJUDICE.

New Orleans, Louisiana, this 22nd day of FEB., 2012.

_____
UNITED STATES DISTRICT JUDGE